HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/lc

Attorney for Plaintiff

\*\*E-filed 5/3/06\*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY NIKBAKHSHATLI,<br><br>              Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner,<br>Social Security Administration,<br><br>              Defendant. | Civil No. C-05-04637 JF<br><br>STIPULATION AND ORDER |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an extension of time up through and including Monday, May 22, 2006 in which to e-file her Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1

STIPULATION AND ORDER

1
2  KEVIN V. RYAN
3  United States Attorney
4
5
6
   Dated: April 13, 2006                /s/
7                                       SARA WINSLOW
                                        Assistant U.S. Attorney
8
9
10
11
   Dated: April 13, 2006                /s/
12                                      HARVEY P. SACKETT
                                        Attorney for Plaintiff
13                                      ANTHONY NIKBAKHSHATLI
14
15 IT IS SO ORDERED.
16
17
   Dated:   5/1/06
18
                                        HON. JEREMY FOGEL
19                                      United States District Judge
20
21
22
23
24
25
26
27
28

                                        2
   STIPULATION AND ORDER