HARVEY P. SACKETT (72488)                          **E-filed 5/24/06**

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/lc

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY NIKBAKHSHATLI, ) | Civil No. C-05-04637 JF |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a second extension of time up through and including Wednesday, June 23, 2006 in which to e-file his Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1

STIPULATION AND ORDER

KEVIN V. RYAN
United States Attorney

Dated: May 16, 2006

/s/
SARA WINSLOW
Assistant U.S. Attorney

Dated: May 16, 2006

/s/
HARVEY P. SACKETT
Attorney for Plaintiff
ANTHONY NIKBAKHSHATLI

IT IS SO ORDERED.

Dated:   5/23/06

HON. JEREMY FOGEL
United States District Judge

2

STIPULATION AND ORDER