HARVEY P. SACKETT (72488)   **E-filed 6/14/06**

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/lc

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY NIKBAKHSHATLI, ) | Civil No. C-05-04637 JF |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a third extension of time up through and including Monday, July 24, 2006 in which to e-file his Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

STIPULATION AND ORDER

| | |
|---|---|
| 1 | |
| 2 | KEVIN V. RYAN |
| 3 | United States Attorney |

Dated: June 5, 2006                               /s/
                                                  SARA WINSLOW
                                                  Assistant U.S. Attorney

Dated: June 5, 2006                               /s/
                                                  HARVEY P. SACKETT
                                                  Attorney for Plaintiff
                                                  ANTHONY NIKBAKHSHATLI

IT IS SO ORDERED.

Dated:   6/14/06
                                                  HON. JEREMY FOGEL
                                                  United States District Judge

STIPULATION AND ORDER

2