**E-filed 9/11/06**

1  HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/lc

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY NIKBAKHSHATLI, | ) Civil No. C-05-04637 JF |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) STIPULATION AND ORDER |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner, | ) |
| Social Security Administration, | ) |
| | ) |
| Defendant. | ) |
| | ) |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an extension of time up through and including Monday, September 18, 2006 in which to e-file his Response to Defendant's Cross-Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1

STIPULATION AND ORDER

|   |   |
|---|---|
|   | KEVIN V. RYAN<br>United States Attorney |
| Dated: August 31, 2006 | /s/<br>SARA WINSLOW<br>Assistant U.S. Attorney |
| Dated: August 31, 2006 | /s/<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>ANTHONY NIKBAKHSHATLI |

IT IS SO ORDERED.

Dated:  9/11/06

HON. JEREMY FOGEL
United States District Judge

2

STIPULATION AND ORDER