**E-Filed 3/29/07**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTHONY S. NIKBAKHSHTALI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JO ANNE B. BARNHART, Commissioner of Social Security,<br><br>　　　　　Defendant. | Case Number C 05-04637 JF<br><br>ORDER OF REMAND |

The parties' arguments having been considered and a decision having been rendered,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's motion for summary judgment is granted in part and denied in part; Defendant's cross-motion for summary judgment is denied; and the matter is hereby remanded for further consideration consistent with the order. The Clerk of the Court shall close the file.

DATED:  March 29, 2007

_____
JEREMY FOGEL
United States District Judge

Case No. C 05-04637 JF
ORDER OF REMAND
(JFLC2)

Copies of this Order of Remand were served upon the following persons:

Harvey Peter Sackett
hps@hpspc.com, lucyc@sackettlaw.com; julie@sackettlaw.com; juanita@sackettlaw.com

Kristina Helen Shute, Esq
Kristina.H.Shute@ssa.gov

Sara Winslow
sara.winslow@usdoj.gov, kathy.terry@usdoj.gov; claire.muller@usdoj.gov

2

Case No. C 05-04637 JF
ORDER OF REMAND
(JFLC2)