**E-filed 5/18/07**

1  SCOTT N. SCHOOLS, SBN SC 9990
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   JEAN M.TURK, SBN CA 131517
4  Special Assistant United States Attorney
          333 Market Street, Suite 1500
5         San Francisco, California  94105
          Telephone:  (415) 977-8943
6         Facsimile:  (415) 744-0134

7  Attorneys for Defendant

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12  ANTHONY S. NIKBAKHSHTALI,          )
                                       )   CIVIL NO.  C 05-04637 JF
13        Plaintiff,                   )
                                       )   STIPULATION AND ~~PROPOSED~~ ORDER
14        v.                           )   SETTLING ATTORNEY'S FEES
                                       )   PURSUANT TO THE EQUAL ACCESS TO
15  MICHAEL J. ASTRUE,                 )   JUSTICE ACT (EAJA)
    Commissioner of                    )
16  Social Security,                   )
                                       )
17        Defendant.                   )
    _____)

18        TO THE HONORABLE JEREMY FOGEL, MAGISTRATE JUDGE OF THE DISTRICT

19  COURT:

20        IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel,

21  subject to the approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to

22  Justice Act (EAJA) in the amount of Four Thousand Four Hundred  dollars and no cents ($ 4,400.00)

23  and Two Hundred Seventy-two dollars  and four cents ($ 272.04) in costs.  This amount represents

24  compensation for all legal services rendered on behalf of Plaintiff by his attorney in connection with this

25  civil action for services performed before the district court through remand, in accordance with 28

26  U.S.C. §§ 1920 and 2412 (d).

27

28  EAJA Stip
    05-04637 JF

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney

fees, and does not constitute an admission of liability on the part of Defendant under the EAJA.

Payment of  Four Thousand Four Hundred dollars and no cents ($ 4,400.00) and Two Hundred Seventy-

two dollars  and four cents ($ 272.04) in costs shall constitute a complete release from and bar to any and

all claims Plaintiff may have relating to EAJA fees and costs in connection with this action.  This award

is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42

U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted,

Dated:  May 11, 2007                           /s/   Harvey p. Sackett
                                               (As authorized via facsimile on May 11, 2007)
                                               Harvey P. Sackett
                                               Attorney for Plaintiff

Dated: May 8,  2007                            SCOTT N. SCHOOLS
                                               United States Attorney
                                               LUCILLE GONZALES MEIS
                                               Regional Chief Counsel, Region IX
                                               Social Security Administration

                                               /s/ Jean M.Turk
                                               JEAN M. TURK
                                               Special Assistant U.S. Attorney
                                               Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED: ___5/18/07_____        _____
                                               JEREMY FOGEL
                                               UNITED STATES DISTRICT JUDGE

EAJA Stip
05-04637 JF                                    2